UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rajni Nattle Shaw,                                 Civil No. 09-2456 (PAM/RLE)

               Petitioner,

v.                                                            **ORDER**

Stillwater Prison,

               Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Chief Magistrate Judge Raymond L. Erickson dated November 17, 2009. The R&R recommends that the Petition for a Writ of Habeas Corpus be dismissed with prejudice as untimely. Petitioner did not file any objections to the R&R in the time period permitted.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Docket No. 8) is **ADOPTED**;

2. The Petition (Docket No. 1) is **DISMISSED with prejudice**;

3. The Application for leave to proceed in forma pauperis (Docket No. 2) is **DENIED as moot**; and

4. The Motion for Reconsideration (Docket No. 7) is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Thursday, December 17, 2009

                                                 *s/ Paul A. Magnuson*
                                                 Paul A. Magnuson
                                                 United States District Court Judge